# United States Court of Appeals for the Fifth Circuit

No. 22-10387

National Horsemen's Benevolent and Protective Association; Arizona Horsemen's Benevolent and Protective Association; Arkansas Horsemen's Benevolent and Protective Association; Indiana Horsemen's Benevolent and Protective Association; Illinois Horsemen's Benevolent and Protective Association; Louisiana Horsemen's Benevolent and Protective Association; Mountaineer Park Horsemen's Benevolent and Protective Association; Nebraska Horsemen's Benevolent and Protective Association; Oklahoma Horsemen's Benevolent and Protective Association; Oregon Horsemen's Benevolent and Protective Association; Pennsylvania Horsemen's Benevolent and Protective Association; Washington Horsemen's Benevolent and Protective Association; Tampa Bay Horsemen's Benevolent and Protective Association,

*Plaintiffs—Appellants*,

State of Texas; Texas Racing Commission,

*Intervenor Plaintiffs—Appellants*,

*versus*

Jerry Black; Katrina Adams; Leonard Coleman; MD Nancy Cox; Joseph Dunford; Frank Keating; Kenneth Schanzer; Horseracing Integrity and Safety Authority, Incorporated; Federal Trade Commission;

No. 22-10387

Commissioner Kelly Slaughter; Commissioner Rohit Chopra; Commissioner Noah Phillips; Commissioner Christine Wilson,

*Defendants—Appellees.*

―――――――――――――――――――――――

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:21-CV-71

―――――――――――――――――――――――

UNPUBLISHED ORDER

Before King, Duncan, and Engelhardt, *Circuit Judges*.

Per Curiam:

  Appellees Jerry Black, Katrina Adams, Leonard Coleman, Nancy Cox, Joseph Dunford, Frank Keating, Kenneth Schanzer, and Horseracing Integrity and Safety Authority, Inc. have moved to vacate the panel's opinion and have requested that the panel rule on an emergency basis on or before January 13, 2023. Appellees' request to treat the motion on an emergency basis is DENIED. Appellants are ORDERED to respond to Appellees' motion on or before January 13, 2023.