# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 18, 2022
Lyle W. Cayce
Clerk

No. 22-10387

National Horsemen's Benevolent and Protective Association; Arizona Horsemen's Benevolent and Protective Association; Arkansas Horsemen's Benevolent and Protective Association; Indiana Horsemen's Benevolent and Protective Association; Illinois Horsemen's Benevolent and Protective Association; Louisiana Horsemen's Benevolent and Protective Association; Mountaineer Park Horsemen's Benevolent and Protective Association; Nebraska Horsemen's Benevolent and Protective Association; Oklahoma Horsemen's Benevolent and Protective Association; Oregon Horsemen's Benevolent and Protective Association; Pennsylvania Horsemen's Benevolent and Protective Association; Washington Horsemen's Benevolent and Protective Association; Tampa Bay Horsemen's Benevolent and Protective Association,

*Plaintiffs—Appellants*,

State of Texas; Texas Racing Commission,

*Intervenor Plaintiffs—Appellants*,

*versus*

Jerry Black; Katrina Adams; Leonard Coleman; MD Nancy Cox; Joseph Dunford; Frank Keating; Kenneth Schanzer; Horseracing Integrity and Safety Authority, Incorporated; Federal Trade Commission;

No. 22-10387

Commissioner Kelly Slaughter; Commissioner Rohit Chopra; Commissioner Noah Phillips; Commissioner Christine Wilson,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:21-CV-71

_____

Before King, Duncan, and Engelhardt, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on Jan 31, 2023

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit