# BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

National HBPA, et al.    v.    Jerry Black, et al.    No. 22-10387

The Clerk is requested to tax the following costs against: Appellees

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | $505 | | | | |
| Appendix or Record Excerpts | 4 | 110 | 0.25 | $110 | | | | |
| Appellant's Brief | 7 | 525 | 0.25 | $131.25 | | | | |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other: | | | | | | | | |
| | | | Total $ | 746.25 | | | Costs are taxed in the amount of $ | |

Costs are hereby taxed in the amount of $ _____ this _____ day of _____, _____.

**LYLE W. CAYCE, CLERK**

State of
County of _____

By _____
**Deputy Clerk**

I Daniel R. Suhr _____, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 10th day of February, 2023.

Daniel R. Suhr
**(Signature)**

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS

Attorney for Appellants

*39.1 Taxable Rates.* The cost of reproducing necessary copies of the brief, appendices, or record excerpts shall be taxed at a rate not higher than $0.15 per page, including cover, index, and internal pages, for any for of reproduction costs. The cost of the binding required by 5ᵀᴴ Cɪʀ. R. 32.2.3 that mandates that briefs must lie reasonably flat when open shall be a taxable cost but not limited to the foregoing rate. This rate is intended to approximate the current cost of the most economical acceptable method of reproduction generally available; and the clerk shall, at reasonable intervals, examine and review it to reflect current rates. Taxable costs will be authorized for up to 15 copies for a brief and 10 copies of an appendix or record excerpts, unless the clerk gives advance approval for additional copies.

*39.2 Nonrecovery of Mailing and Commercial Delivery Service Costs.* Mailing and commercial delivery fees incurred in transmitting briefs are not recoverable as taxable costs.

*39.3 Time for Filing Bills of Costs.* The clerk must receive bills of costs and any objections within the times set forth in Fᴇᴅ. R. Aᴘᴘ. P. 39(ᴅ). See 5ᵀᴴ Cɪʀ. R. 26.1.

**Fᴇᴅ. R. Aᴘᴘ. P. 39.    COSTS**

**(a)** *Against Whom Assessed.* The following rules apply unless the law provides or the court orders otherwise;

(1) if an appeal is dismissed, costs are taxed against the appellant, unless the parties agree otherwise;

(2) if a judgment is affirmed, costs are taxed against the appellant;

(3) if a judgment is reversed, costs are taxed against the appellee;

(4) if a judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed only as the court orders.

**(b)** *Costs For and Against the United States.* Costs for or against the United States, its agency or officer will be assessed under Rule 39(a) only if authorized by law.

**©)** *Costs of Copies* Each court of appeals must, by local rule, fix the maximum rate for taxing the cost of producing necessary copies of a brief or appendix, or copies of records authorized by rule 30(f). The rate must not exceed that generally charged for such work in the area where the clerk's office is located and should encourage economical methods of copying.

**(d)** *Bill of costs: Objections; Insertion in Mandate.*

(1) A party who wants costs taxed must – within 14 days after entry of judgment – file with the circuit clerk, with proof of service, an itemized and verified bill of costs.

(2) Objections must be filed within 14 days after service of the bill of costs, unless the court extends the time.

(3) The clerk must prepare and certify an itemized statement of costs for insertion in the mandate, but issuance of the mandate must not be delayed for taxing costs. If the mandate issues before costs are finally determined, the district clerk must – upon the circuit clerk's request – add the statement of costs, or any amendment of it, to the mandate.

**(e)** *Costs of Appeal Taxable in the District Court.* The following costs on appeal are taxable in the district court for the benefit of the party entitled to costs under this rule:

(1) the preparation and transmission of the record;

(2) the reporter's transcript, if needed to determine the appeal;

(3) premiums paid for a supersedeas bond or other bond to preserve rights pending appeal; and

(4) the fee for filing the notice of appeal.

# Exhibit A

**Reilly Stephens**

| | |
|---|---|
| **From:** | ecf_txnd@txnd.uscourts.gov |
| **Sent:** | Tuesday, April 19, 2022 5:49 PM |
| **To:** | Courtmail@txnd.uscourts.gov |
| **Subject:** | Activity in Case 5:21-cv-00071-H National Horsemen's Benevolent and Protective Association et al v. Black et al Notice of Appeal |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

**U.S. District Court**

**Northern District of Texas**

# Notice of Electronic Filing

The following transaction was entered by Stephens, Reilly on 4/19/2022 at 4:49 PM CDT and filed on 4/19/2022

| | |
|---|---|
| **Case Name:** | National Horsemen's Benevolent and Protective Association et al v. Black et al |
| **Case Number:** | 5:21-cv-00071-H |
| **Filer:** | Arizona Horsemen's Benevolent and Protective Association |
| | Arkansas Horsemen's Benevolent and Protective Association |
| | Illinois Horsemen's Benevolent and Protective Association |
| | Indiana Horsemen's Benevolent and Protective Association |
| | Louisiana Horsemen's Benevolent and Protective Association |
| | Mountaineer Park Horsemen's Benevolent and Protective Association |
| | National Horsemen's Benevolent and Protective Association |
| | Nebraska Horsemen's Benevolent and Protective Association |
| | Oklahoma Horsemen's Benevolent and Protective Association |
| | Oregon Horsemen's Benevolent and Protective Association |
| | Pennsylvania Horsemen's Benevolent and Protective Association |
| | Tampa Bay Horsemen's Benevolent and Protective Association |
| | Washington Horsemen's Benevolent and Protective Association |

**WARNING: CASE CLOSED on 04/19/2022**
**Document Number:** 98

**Docket Text:**
**NOTICE OF APPEAL to the Fifth Circuit by Arizona Horsemen's Benevolent and Protective Association, Arkansas Horsemen's Benevolent and Protective Association, Illinois Horsemen's Benevolent and Protective Association, Indiana Horsemen's Benevolent and Protective Association, Louisiana Horsemen's Benevolent and Protective Association, Mountaineer Park Horsemen's Benevolent and Protective Association, National Horsemen's Benevolent and Protective Association, Nebraska Horsemen's Benevolent and Protective Association, Oklahoma Horsemen's Benevolent and Protective Association, Oregon Horsemen's Benevolent and Protective Association, Pennsylvania Horsemen's Benevolent and Protective Association, Tampa Bay Horsemen's Benevolent and Protective Association, Washington Horsemen's Benevolent and Protective Association. Filing fee $505, receipt number 0539-12762908. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Stephens, Reilly)**

**5:21-cv-00071-H Notice has been electronically mailed to:**

Aileen M McGrath     amcgrath@akingump.com

Alexander V Sverdlov     alexander.v.sverdlov@usdoj.gov

Autum Leigh Flores     Autum.flores@uwlaw.com, gail.hefley@uwlaw.com

Brennan Holden Meier     bhmeier@akingump.com, lmonreal@akingump.com, scsizmadia@akingump.com, TXdocketing@akingump.com

Brian Walters Stoltz-DOJ     brian.stoltz@usdoj.gov, CaseView.ECF@usdoj.gov, scott.hogan@usdoj.gov

Daniel R Suhr     dsuhr@libertyjusticecenter.org

David T Royse     david@rrrfirm.com

Eric Grant     grant@hicks-thomas.com

Fernando M Bustos     fbustos@bustoslawfirm.com, adobberstein@bustoslawfirm.com, bcallahan@bustoslawfirm.com, dtrotter@bustoslawfirm.com, eseeley-verkamp@bustoslawfirm.com, mnatalino@bustoslawfirm.com, mzimmerman@bustoslawfirm.com

Jeffrey Daniel Jennings     jjennings@libertyjusticecenter.org, jeffjennings21@gmail.com

John C Roach     john@rrrfirm.com

Lide E Paterno     lpaterno@akingump.com

Paul E Salamanca     psalaman@uky.edu

Peter John Sacopulos     pete_sacopulos@sacopulos.com

Pratik A. Shah     pshah@akingump.com, ahicks@akingump.com

Reilly Walsh Stephens     rstephens@libertyjusticecenter.org, bkelsey@libertyjusticecenter.org

Taylor Kathleen Gifford (Terminated)     taylor.gifford@oag.texas.gov, lashanda.green@oag.texas.gov

Virginia Smith Fields     virginia.fields@txrc.texas.gov

W Wade Arnold     wwa@uwlaw.com, angie.price@uwlaw.com

**5:21-cv-00071-H The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/19/2022] [FileNumber=13938921-
0] [768ef1a6dd491024a2635820fe4048b5e708e8420d009b5eb1a407c0882174a864
b19f1f792d2b19e8db553ff87bbb52aed1901f0d7875836b3ee4ec8e088ef3]]

**Gibson Moore Appellate Services, LLC**

206 East Cary Street
P.O. Box 1460
Richmond, VA  23218

# Invoice

| Date | Invoice # |
|---|---|
| 7/12/2022 | 108501 |

| Bill To |
|---|
| Reilly Stephens<br>Liberty Justice Center<br>141 W. Jackson Blvd, Ste 1065<br>Chicago, IL 60604 |

| Case |
|---|
| 22-10387<br>National Horsemen, et al.<br>v. Black, et al. |

| Terms | Due Date | Rep | File Date |
|---|---|---|---|
| Net 15 | 7/27/2022 | TMS | 7/12/2022 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Court Copi... | Court Copies Base Fee | | 75.00 | 75.00 |
| 5th AA Brief | 5th Circuit Appellants Brief Per Page Fee (7 copies of 75 pages) | 525 | 0.25 | 131.25T |
| 5th RE | 5th Circuit Record Excerpts Per Page Fee (4 copies of 110 pages) | 440 | 0.25 | 110.00T |
| Tabs | Tab Creation and Insertion | 20 | 2.00 | 40.00T |
| UPS/FedEX | UPS/FedEx/Mail Charges | | 20.00 | 20.00 |
| | Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

Fed. ID 20-1820925

**Total**  $376.25

**Finance Charge Notice:** All invoices over 30 days will be assessed finance charges at the rate of 1.75% per month

| Phone # | Fax # | E-mail |
|---|---|---|
| 804-249-7770 | 804-249-7771 | tracy@gibsonmoore.net |