# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 13, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Lubbock
United States District Court
1205 Texas Avenue
Room C-209
Lubbock, TX 79401

    No. 22-10387   National Horsemen's Benevolent v. Black
                            USDC No. 5:21-CV-71

Dear Ms. Mitchell,

Enclosed for the district court and counsel is the approved bill of costs.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

cc w/encl:
    Mr. Joseph Forrest Busa
    Mr. Fernando Manuel Bustos
    Ms. Autum Flores
    Mr. Gregory George Garre
    Mr. Eric Grant
    Mr. Jeffrey Jennings
    Mr. Lide E. Paterno
    Ms. Lanora Christine Pettit
    Mr. John Roach
    Mr. Cody Tyler Rutowski
    Mr. Peter J. Sacopulos
    Mr. Paul Emmanuel Salamanca
    Mr. Pratik A. Shah
    Mr. Blake E. Stafford
    Mr. Reilly Stephens
    Mr. Mark Bernard Stern
    Mr. Daniel Robert Suhr